CHIESA SHAHINIAN & GIANTOMASI PC
Lee Vartan, Esq.
One Boland Drive
West Orange, NJ 07052
973.325.1500
*Withdrawing Attorneys for Jordana Weber*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JORDANA WEBER,<br><br>      Defendant. | Criminal No. 2:19-mj-07380-CLW-2<br><br>**NOTICE OF WITHDRAWAL OF**<br><br>**LEE VARTAN, ESQ.** |

**PLEASE TAKE NOTICE** that Lee Vartan, Esq. of Chiesa Shahinian & Giantomasi PC hereby withdraws as counsel for Defendant Jordana Weber, who will continue to be represented by Jason LeBoeuf, Esq.

                                                                       CHIESA SHAHINIAN & GIANTOMASI PC
                                                                       *Withdrawing Attorneys for*
                                                                       *Defendant Jordana Weber*

                                                                       By */s/ Lee Vartan*
                                                                              LEE VARTAN

Dated: February 2, 2022